FLOYD WILLIAMS, ET AL. v. DEPARTMENT OF
HUMAN SERVICES.

SAM JIMPERSON, ET AL. v. DEPARTMENT OF
HUMAN SERVICES.

February 7, 1989.

Petition for certification granted.   (See 228 *N.J.Super.* 529)

JOSE TELLO, ET AL. v. EDWARD J. DYBAS, ET AL.

February 7, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY SHOCKLEY.

February 7, 1989.

Petition for certification denied.